# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16cr3059-LAB |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S REQUEST TO MODIFY CONDITIONS OF PROBATION |
| CARMEN MARTINEZ, | |
| Defendant. | |

Good cause appearing, based upon Defendant's unopposed motion, the Court hereby ORDERS, Special Condition of Supervision 5. is deleted and replaced with a new Special Condition 5. that is as follows: "Reside at New Creations's Transition Home located at 547 ½ Orange Ave., El Centro, California, for a period of 12 months (punitive). Defendant to obey all rules at New Creations's Transition Home."

**IT IS ORDERED.**

DATED: August 10, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge